# Third District Court of Appeal

## State of Florida

Opinion filed August 31, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-961
Lower Tribunal No. 19-26090

————————

**Pedro Lopez,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Giasi Law, P.A., and Erin M. Berger and Melissa A. Giasi (Tampa), for appellant.

Luks, Santaniello, Petrillo, Cohen & Peterfriend, and Lauren J. Smith (Stuart), for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.